United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BLADIMIR BLANCO RODRIGUEZ,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | Case No. 26-cv-12534-EKL<br><br>**SCHEDULING ORDER**<br>Re: Dkt. No. 1 |

The Court ENTERS the following order governing the Petition for Writ of Habeas Corpus:

1. Respondents shall file a response to the Petition by **October 30, 2026**. The response shall:
   a. State whether Petitioner is in custody and identify where he is detained;
   b. Identify the statutory provision(s) under which Respondents assert the authority to detain Petitioner; and
   c. Provide all records material to resolution of this action, including a copy of any warrant, Notice to Appear, any final order of removal, and any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.
   d. In the event that Respondents have provided Petitioner with an immigration bond hearing since Petitioner's most recent detention or provide one during the pendency of this action, Respondents shall file a transcript (or an audio recording if a transcript if unavailable) of the hearing with the response. If neither is available at the time the response is filed, Respondents shall file a transcript or audio recording as soon as possible thereafter.

e. Audio recordings can be uploaded to the Court's secure system by requesting a link from EKLCRD@cand.uscourts.gov. Any documents uploaded in this manner must be simultaneously served on Petitioner.

2. Petitioner may file a traverse by **November 3, 2026**.

3. The Court may set a hearing after briefing concludes.

4. To preserve this Court's jurisdiction, Respondents **SHALL NOT** remove Petitioner from the United States during the pendency of the action, unless the Court orders otherwise.

5. Petitioner shall serve a copy of the Petition and this Order upon Respondents such that they receive actual notice as soon as possible. Petitioner shall file proof of service promptly after service is completed.

**IT IS SO ORDERED.**

Dated: October 27, 2026



Eumi K. Lee
United States District Judge