UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

CHRISTOPHER BLADIMIR BLANCO RODRIGUEZ,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-12534-EKL

**ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO LODGE AN EX PARTE DECLARATION FOR IN CAMERA REVIEW AND FOR AN IN CAMERA HEARING**

Re: Dkt. No. 25

Having considered the administrative motion of Petitioner's counsel and the supporting declaration, *see* ECF No. 25, and good cause appearing, the Court ORDERS as follows:

1. The unopposed motion is GRANTED.
2. By November 19, 2026, Petitioner's counsel may lodge a declaration for in camera review in the manner directed by the Courtroom Deputy. The declaration shall not be filed on the public docket or served on Respondents.
3. The Court will hold an in camera, ex parte hearing as needed at a time to be determined. Petitioner's counsel shall correspond with the Courtroom Deputy regarding a date and time for the hearing. Only Petitioner, Petitioner's counsel, any necessary interpreter, and court staff may attend the hearing. If Petitioner is unable to attend remotely, then Petitioner's counsel will apprise Petitioner of what took place at the hearing. Respondents and their counsel are excluded from this hearing to preserve the confidentiality of the attorney-client relationship.
4. The transcript of the hearing and the lodged declaration shall be maintained under seal and shall not be disclosed to Respondents absent further order of the Court.

5. This Order does not alter any deadline in this action or the Court's consideration of the Petition, unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: November 17, 2026

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California